Andrew D. Skale, Esq., *pro hac vice forthcoming*
Ben L. Wagner, Esq. *pro hac vice forthcoming*
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501
*adskale@mintz.com*
*blwagner@mintz.com*

Lyzzette M. Bullock, Esq., Bar No. 027108
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241
*lmbullock@mintz.com*

*Attorneys for Plaintiff, ORCHID LABS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ORCHID LABS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ANONYMOUS ULTIMATE LICENSEE OF SALE-ORCHID.COM; DOMAINS BY PROXY, LLC<br><br>Defendants. | Case No.:<br><br>**VERIFIED COMPLAINT**<br><br>**[TRO REQUESTED WITH NOTICE GIVEN BY EMAIL]**<br><br>**[JURY TRIAL DEMANDED]** |

## IMMEDIATE TRO RELIEF AND WHY IT IS JUSTIFIED:

This lawsuit is brought by Orchid Labs, Inc. because an anonymous party has registered the domain sale-orchid.com through a privacy protect organization, set up a clone website of Plaintiff's orchid.com website, and has in the past four days alone stolen over $66,000 in funds from unsuspecting persons looking to and believing they are investing in Plaintiff. Upon receiving notice of the demands, the ultimate licensee drained all money from its account received by this fraudulent scheme, something known to Plaintiff because the fraud involves taking money in the form of etherion ("ETH") cryptocurrency, which have left an online digital fingerprint that Plaintiff has located.

Plaintiff has pursued all informal channels through the hosts, registrar and privacy-protect registrant to immediately shut-down the site but to-date the site remains active. Plaintiff has filed a claim with the cybercrimes division of the FBI. Plaintiff seeks recovery through an ultimate judgment, but also is in immediate need of a temporary restraining order requiring the infringing and cybersquatting site to be shut down and provisionally transferred to Plaintiff to prevent further irreparable harm pending the ultimate resolution of this dispute. Thus, a TRO is sought *immediately* to protect Plaintiff and those who have been confused by the Defendants' use of Plaintiff's exact trademark and replica of its copyrighted website content.

Coin transfers cannot be unwound.  This fraud is complete each time a user is duped into believing sale-orchid.com is a site they can actually invest coin funds through in order to invest in Plaintiff.  These defrauded members of the public should be protected.

Plaintiff ORCHID LABS, INC. brings suit for cybersquatting, trademark infringement, and copyright infringement, and for its Complaint against Defendant the ANONYMOUS ULTIMATE LICENSEE OF HTTP://SALE-ORCHID.COM/, and DOMAINS BY PROXY, LLC ("collectively, "Defendants") alleges and states as follows:

**THE PARTIES:**

1.      Plaintiff ORCHID LABS, INC. ("Plaintiff" or "ORCHID") is a Delaware corporation with its principal place of business located at 300 Broadway, Suite 16, San Francisco California, 94133, which owns and operates the website orchid.com.

2.      Defendant ANONYMOUS ULTIMATE LICENSEE OF HTTP://SALE-ORCHID.COM/ ("Defendant" or "ULTIMATE LICENSEE") is an unknown individual or entity, who is the ultimate licensee of the privacy-protected registration for the domain <sale-orchid.com>.

3.      Defendant DOMAINS BY PROXY, LLC ("Defendant" or "DBP") is a Delaware limited liability company, registered to do business in Phoenix,

Arizona, a registered privacy protection service, and the Registrant for SALE-ORCHID.COM with its principal place of business at 14455 N. Hayden Rd., Ste. 219, Scottsdale, Arizona.

4.     Defendants' actions alleged herein were those of themselves, their agents and/or licensees, and they are jointly and severally liable for the conduct of one another as though taken themselves.

5.     This is also (as to the Fourth Cause of Action) an *in rem* action asserted under the provisions of the ACPA 15 U.S.C. § 1125(d), against the ultimate licensee and privacy protector of the domain name sale-orchid.com. ORCHID seeks an order compelling transfer of the SALE-ORCHID.COM domain name so that it may be registered in ORCHID's name, compensatory damages, disgorgement of profits and stolen funds, trebling of damages for willfulness and this being an exceptional case, and attorneys' fees and costs.

## JURISDICTION AND VENUE

6.     This court has subject matter jurisdiction over all claims under *inter alia* 28 U.S.C. §§ 1331 and 1338, and additionally for cybersquatting under 15 U.S.C. § 1125.

7.     For the Fourth Cause of Action, pled in the alternative should jurisdiction over the Ultimate Licensee somehow be found lacking, *in rem* jurisdiction and venue are proper in this judicial district pursuant to 15 U.S.C. §

1125 *et seq.* because (1) the website violates the rights of the trademark and copyright holder, Plaintiff ORCHID; (2) ORCHID is unable to obtain in personam jurisdiction over the ULTIMATE LICENSEE or any other person who would be a defendant under 15 U.S.C. § 1125(d)(1); and (3) *in rem* jurisdiction over domain names is proper in the place of incorporation of the registrar for the domain name. *See* 15 U.S.C. 1125(d)(2)(A).  Therefore, Arizona courts have proper *in rem* jurisdiction because the registrar of the fraudulent website, GoDaddy.com, LLC ("GO DADDY"), is located within the District of Arizona.  This in rem proceeding is unnecessary to the extent the Court considers DOMAINS BY PROXY to be the proper Defendant as the named Registrar for the domain sale-orchid.com.

8.     On February 19, 2018, ORCHID sent a notice of the alleged violation to the registrant of the domain name at the postal and e-mail address provided by the registrant to the registrar.  This was in addition to the February 16, 2018 emails, online forms, and phone calls to GO DADDY and GOOGLE, as registrar and host of the domains.  *See* Exhibit A (a true and correct copy of the notice letters sent to GO DADDY and GOOGLE).

9.     DOMAINS BY PROXY is headquartered in Arizona and subject to the personal jurisdiction of this Court by virtue of its continuous and systematic contacts with Arizona, because the claims arise from conduct it is engaged in in

this forum, and because it does not offend traditional notions of fair play and

substantial justice for it to defend in this forum.

10.     The ULTIMATE LICENSEE is subject to personal jurisdiction this

forum by virtue of the forum selection clauses it agreed to in registering the

accused at-issue domain sale-orchid.com through GO DADDY and with privacy-

protection services provided by DOMAINS BY PROXY,  both of which have

registration agreements requiring resolution of all disputes in Arizona arising from

or related to the domain.  Specifically, the DOMAINS BY PROXY proxy

agreement reads:  "This Agreement shall be governed in all respects by the laws

and judicial decisions of Maricopa County, Arizona, excluding its conflicts of laws

rules. Except as provided immediately below, You agree that any action relating to

or arising out of this Agreement, shall be brought exclusively in the courts of

Maricopa County, Arizona.  For the adjudication of domain name registration

disputes, you agree to submit to the exclusive jurisdiction and venue of the U.S.

District Court for the District of Arizona located in Phoenix, Arizona.  You agree

to waive the right to trial by jury in any proceeding, regardless of venue, that takes

place relating to or arising out of this Agreement." GO DADDY's registrar

agreement similarly provides disputes "shall be filed only in the Superior Court of

Maricopa County, Arizona, or the United States District Court for the District of

Arizona, and each party hereby irrevocably and unconditionally consents and submits to the exclusive jurisdiction of such courts for any such controversy."

## UNDERLYING FACTS
### A.   Plaintiff's Business and Intellectual Property

11.     Orchid, founded in 2017, aims to end surveillance and censorship on the Internet by building a globally distributed virtual Internet infrastructure comprising a marketplace of hosts privately serving users supported by micropayments.  Orchid enables a world where users own the internet and anyone can be rewarded for contributing internet resources including bandwidth, computing, and data storage.

12.     Plaintiff is the developer of an open-source internet protocol that is designed to ensure that everyone, no matter where they live, has unrestricted access to information and communication on the internet, without surveillance or censorship.

13.     Orchid's groundbreaking network protects users' personal data from harvest by ISPs or other entities. Orchid's protocol promotes freedom of information for all, but especially the two-thirds of the world population living in countries that censor and limit access to the internet.

14.     Plaintiff has filed an application, Serial No. 87/646,904 to register its ORCHID trademark with the United States Patent and Trademark Office, which application is currently pending and has been published.

15.    Orchid closed a seed round of investment in 2017 with participation from Sequoia Capital, Polychain Capital, Andreessen Horowitz, DFJ, Metastable, Danhua, FBG, Blockchain Capital, Crunchfund, Jack Herrick, Naval Ravikant, and other top investors.  Orchid is in the process of raising additional capital through a private sales of Simple Agreements for Future Tokens (SAFTs) that is only available to limited individuals as potential participants or purchasers, in other words through future cryptocurrency tokens.

16.    As noted, Plaintiff Orchid owns the domain name Orchid.com, and its official website is accessible at http://www.orchid.com.

17.    Orchid's innovative network has received substantial attention in the press and has attracted prominent investors such as Sequoia Capital and Blockchain Capital, driving up anticipation surrounding its services.  *See* Exhibit B (a true and correct copy of the press release about Orchid network).

**B.    Defendants Defraud Potential Purchasers of Orchid's Initial Product Offering**

18.    On or about Friday February 16th 2018 a fraudulent website was erected at http://sale-orchid.com, which is a virtually identical copy of Orchid's official website at http://www.orchid.com.  This fraudulent website at Sale-Orchid.com seeks to deceive people into sending money in the form of cryptocurrency to the site's perpetrators under false pretenses that they are participating in a "presale" of Orchid's tokens.  In fact these people are not

participating in any token sale and their funds are being stolen by the perpetrators.
The site has no affiliation with Orchid.com or Orchid.

19.     To make matters worse the perpetrators are sending e-mail messages
out to various people pretending to be Orchid including potential purchasers
presently in discussions regarding participation in Orchid's actual private token
sale.  Such fake e-mails provide links to the fraudulent website at http://sale-orchid.com.  Plaintiff's representatives have received copies of these e-mails from
concerned parties who received them.

20.     Defendants are committing fraud and stealing money from the general
public via their use of sale-orchid.com and by pretending to be Orchid.  This is
damaging Orchid's reputation and will likely harm Orchid's opportunities with
potential purchasers of its private token sale.

21.     On the fraudulent website at sale-orchid.com the perpetrators are
asking people to send them money in the form of etherium (ETH) cryptocurrency
to the current address 0xAF53B671697fcD1a80dcB7798aeDe2173AacbFe2 (there
may have been prior addresses used).  The etherium blockchain makes it possible
for anyone to see how much ETH has been sent to a particular address.  According
to etherscan.io
(https://etherscan.io/address/0xAF53B671697fcD1a80dcB7798aeDe2173AacbFe2
), **$66,173.4017** worth of ETH has been received for this current address based on

the exchange rate for ETH, and this is only over a matter of days (as of the morning of February 21, 2018). The perpetrators are stealing this money from the general public by their use of the fraudulent site.

22. Attached hereto as Exhibit C is a true and correct copy of a printout and download from etherscan.io for the Etherium Block provided on sale-orchid.com, 0xAF53B671697fcD1a80dcB7798aeDe2173AacbFe2. These show the transfers associated with the Block used for sale-orchid.com transfers. Etherscan.io represents itself as follows: "EtherScan is a Block Explorer, Search, API and Analytics Platform for Ethereum, a decentralized smart contracts platform," and keeps a publicly-accessible database of Etherium ("ETH") transactions that can be located by the Ehterium Block sequence. The blockchain purports to be an immutable ledger of transactions. Each ether acts as a coin that can be traded in whole or part based on its blockchain, and in some aspects is a cryptocurrency similar to Bitcoin.

23. Through sale-orchid.com and emails pointing recipients to that site, the perpetrators solicit payment for the fake Orchid "presale" by requiring a minimum payment in virtual currency. The fraudulent webpage soliciting these payments looks virtually identical to the true orchid.com webpage, employing the same color scheme and photograph of a bridge in the background, not to mention the name "Orchid." This virtual copy is discussed further below.

24.     Due to this fraud, Orchid has been forced to place the

followingwarning on its website telling customers it is not currently doing a public

presale:

### The Accused Domain's Fraud

**http://sale-orchid.com/ fraudulent "presale":**



**http://www.orchid.com/ warning:**



25.     Orchid is not offering any such token sale to the public and Sale-

orchid.com has no relationship to Orchid.

26.     GoDaddy.com is the registrar for Sale-Orchid.com and the DNS provider. ORCHID notified GoDaddy.com on February 16, 2018 of these violations, and GoDaddy.com has replied and stated in writing that they will comply with any TRO issued by this Court.  *See* Exhibit A and D (true and correct copies of notice letters and GO DADDY's reply).

27.     On information and belief, the Sale-Orchid.com website is hosted by Google. ORCHID likewise notified GOOGLE of the violations, but GOOGLE has not taken the content down.

28.     As noted above, the ULTIMATE LICENSEE of Sale-Orchid.com has also sent out emails falsely purporting to be from Orchid Labs, Inc. soliciting funds for the purchase of tokens.

29.     To facilitate this fraud, the ultimate licensee of the fraudulent website has turned its website into a replica of Orchid's www.orchid.com, as shown in the original and fraud site printouts.  *See* Exhibit E and F (true and correct copies of screenshots of true orchid.com site and fraud site).  The fraud site exploits Orchid's intellectual property to create the illusion that the site is affiliated with or directly part of the Orchid network:

**The Fraudulent Domain's Infringement:**

**Orchid.com:**

11



**Sale-orchid.com:**



**Orchid.com:**

**Sale-orchid.com:**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Orchid.com:**

*SURVEILLANCE FREE.*

ALL THE RIGHT PARTS
Orchid combines its protocol with surplus bandwidth, state-of-the art-encryption, and a decentralized infrastructure to bring users surveillance-free access to the existing Internet. Because everyone is surveilled and bandwidth is ubiquitous, Orchid users can exchange bandwidth in peer-to-peer transactions using Orchid tokens on the Ethereum blockchain.

⬇ *WHITE PAPER*

⬇ *PRESS KIT*

**Sale-orchid.com:**

*SURVEILLANCE FREE.*

ALL THE RIGHT PARTS
Orchid combines its protocol with surplus bandwidth, state-of-the art-encryption, and a decentralized infrastructure to bring users surveillance-free access to the existing Internet. Because everyone is surveilled and bandwidth is ubiquitous, Orchid users can exchange bandwidth in peer-to-peer transactions using Orchid tokens on the Ethereum blockchain.

⬇ *WHITE PAPER*

⬇ *PRESS KIT*

**Orchid.com:**

*THE ORCHID PROTOCOL.*

*OUR MISSION*
The Internet was invented for everyone. An open platform to access information, collaborate, and communicate freely across borders. Unfortunately, it's no longer a place of true openness and freedom. But, we can change that. We've created an open-source protocol with a token-based bandwidth exchange to protect everyone around the world from censorship and surveillance.

*WHY*
Internet access for over 75% of the global population is restricted or censored. ISPs worldwide harvest and sell users' data to the highest bidder. Orchid is a new surveillance-free layer on top of the existing Internet, allowing users to bypass firewalls, access information, and communicate freely. Join us and help create a truly independent, censorship-free Internet.

**Sale-orchid.com:**

*THE ORCHID PROTOCOL.*

*OUR MISSION*
The Internet was invented for everyone. An open platform to access information, collaborate, and communicate freely across borders. Unfortunately, it's no longer a place of true openness and freedom. But, we can change that. We've created an open-source protocol with a token-based bandwidth exchange to protect everyone around the world from censorship and surveillance.

*WHY*
Internet access for over 75% of the global population is restricted or censored. ISPs worldwide harvest and sell users' data to the highest bidder. Orchid is a new surveillance-free layer on top of the existing Internet, allowing users to bypass firewalls, access information, and communicate freely. Join us and help create a truly independent, censorship-free Internet.

**Orchid.com:**



**Sale-Orchid.com:**



## FIRST CLAIM FOR RELIEF
**(Cybersquatting claim under the Anti-Cybersquatting Consumer Protection Act — 15 U.S.C. § 1125(d) against the registrant of http://Sale-Orchid.com/, Domains By Proxy).**

30.     Plaintiff realleges and incorporates by this reference each and every allegation set forth herein.

31.     Defendants have registered, continued to maintain the registration for and used the "sale-orchid.com" domain name with a bad faith intent to profit from Plaintiff's ORCHID mark.

14

32.     The "sale-orchid.com" domain name is identical and confusingly similar to the Plaintiff's ORCHID distinctive mark at the time Defendants registered, renewed and maintained the registration in the "sale-orchid.com" domain name, and remains so today.

33.     The site content is a clone of the Plaintiff's site, orchid.com, and is a counterfeit site engaging in deliberate and willful infringement and cybersquatting.

34.     Defendants' registration, renewal, continued maintenance of the registration for and/or use of the "sale-orchid.com" domain name has caused and will continue to cause damage to Plaintiff, in an amount to be proven at trial, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law. Plaintiff is also entitled to statutory and treble damages, and is entitled to the transfer of the "sale-orchid.com" domain name to Plaintiff.

35.     Plaintiff's remedies at law are inadequate and it will suffer irreparable harm if not granted immediate TRO and preliminary injunctive relief, and ultimately a permanent injunction, preventing the further violation of its rights.

## SECOND CLAIM FOR RELIEF
### SECOND Copyright infringement – 15 U.S.C. § 1125

36.     Plaintiffs incorporate by reference all other paragraphs contained in this Complaint as if stated herein.

37.     ORCHID owns the copyright in the content and images on its orchid.com website and has applied for registration for the website content as a

visual work.  This copyright has been protected through Orchid's application for copyright registration, under U.S. Copyright Ser. No. 1-6310345361.

38.    Defendants produced, sold, and/or distributed unauthorized reproductions of these Copyrighted works in several forms, including a clone site and substantially similar variations thereof.

39.    Defendants created a copycat website that advertised a pre-sale of Orchid tokens to potential purchasers.  Defendants were never authorized to do so.

40.    As a result, Plaintiff has been damaged in an amount to be established at trial, and it is entitled to Defendants' profits from the infringement, including the funds stolen from potential purchasers.  Plaintiff is further entitled to its attorneys' fees and full costs of this action.

41.    Plaintiff is also entitled to maximum statutory damages as provided by the Copyright Act.

42.    Plaintiff's remedies at law are inadequate and it will suffer irreparable harm if not granted immediate TRO and preliminary injunctive relief, and ultimately a permanent injunction, preventing the further violation of its rights.

### THIRD CLAIM FOR RELIEF
**Trademark Infringement (Common Law)**
**15 U.S.C. § 1125(a), (ORCHID mark)**

43.    Plaintiff realleges and incorporates by this reference each and every allegation set forth herein.

44.     Plaintiff is using and has continuously used the ORCHID mark in interstate commerce and upon information and belief, was first to use it in commerce, before Defendants.  The mark is distinctive for the goods and services offered by Orchid.  Plaintiff's substantial publicity and extensive use gives it market penetration, secondary meaning and priority of rights in the entire United States for its services.

45.     Plaintiff has filed an application, Serial No. 87/646,904 to register its ORCHID trademark with the United States Patent and Trademark Office, which application is currently pending.

46.     Defendants' use of the mark ORCHID is likely to cause confusion as to source or affiliation, and in fact has caused innocent parties to place $66,000 with sale-orchid.com incorrectly thinking it was associated with Plaintiff.  Defendants have used and continue to use the "sale-orchid.com" domain name in connection with false and misleading descriptions or representations of fact, or false designations of origin.  Defendants' activities are likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Plaintiff.

47.     Defendants' actions constitute knowing, deliberate, and willful infringement of Plaintiffs' marks.  The knowing and intentional nature of the acts

set forth herein renders this an exceptional case under 15 U.S.C. 1117(a) and entitles Plaintiff to attorneys' fees and costs.

48.      Plaintiff is entitled to enhanced damages up to treble, punitive damages, and attorneys' fees because of Defendants' bad-faith conduct, done with malice, oppression and/or fraud.  Plaintiff has been damaged by these acts in an amount to be proved at trial.

49.      Plaintiff's remedies at law are inadequate, entitling it to an injunction enjoining Defendants' infringement of the ORCHID mark.

50.      Plaintiff's remedies at law are inadequate and it will suffer irreparable harm if not granted immediate TRO and preliminary injunctive relief, and ultimately a permanent injunction, preventing the further violation of its rights.

## FOURTH CLAIM FOR RELIEF
***In rem* Cybersquatting claim under the Anti-Cybersquatting Consumer Protection Act — 15 U.S.C. § 1125(d)(2) against http://Sale-Orchid.com/**

51.      Plaintiff realleges and incorporates by this reference each and every allegation set forth herein.

52.      Defendants have registered, continued to maintain the registration for and/or used the "sale-orchid.com" domain name with a bad faith intent to profit from Plaintiff's ORCHID mark.

53.      The "sale-orchid.com" domain name was identical or confusingly similar to the Plaintiff's ORCHID distinctive mark at the time Defendants

registered, renewed and/or maintained the registration in the "sale-orchid.com"

domain name, and remains so today.

54.      Defendants' registration, renewal, continued maintenance of the

registration for and/or use of the "sale-orchid.com" domain name has caused and

will continue to cause damage to Plaintiff, in an amount to be proved at trial, and is

causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

Plaintiff is also entitled to statutory and treble damages, and is also entitled to the

transfer of the "sale-orchid.com" domain name to Plaintiff.

55.      Plaintiff's remedies at law are inadequate and it will suffer irreparable

harm if not granted immediate TRO and preliminary injunctive relief, and

ultimately a permanent injunction, preventing the further violation of its rights.

### **PRAYER FOR RELIEF**

WHEREFORE, ORCHID prays that the Court grant the following relief:

1.      Judgment in favor of ORCHID and against Defendants on all claims;

2.      An order temporarily and permanently enjoining Defendant from

trademark infringement and dilution, and directing the Registrar to transfer the

domain name to Plaintiff, disclosing the identity of the Ultimate Licensee and all

other appropriate injunctive relief to stop Defendants from further infringing and

cybersquatting;

3.     Immediate transfer, by whatever means necessary, of the SALE-ORCHID.COM domain name to ORCHID;

4.     Disgorgement of profits and stolen funds;

5.     Trebling of damages for willfulness and exceptional case;

6.     Recovery of Plaintiff's attorneys' fees and costs incurred in this action under, among others 15 U.S.C. § 1117(a);

7.     Statutory fees under the Copyright Act; and

8.     Such other, different, and additional relief as the Court deems just and proper.

Dated:  February 21, 2018          MINTZ LEVIN COHN FERRIS
                                   GLOVSKY AND POPEO PC


                                   By  s/ Lyzzette M. Bullock
                                      Andrew D. Skale*
                                      Ben L. Wagner*
                                      Lyzzette M. Bullock

                                   Attorneys for Plaintiff
                                   ORCHID LABS, INC.

*Pro hac vice pending

**VERIFICATION**

I, Patrick J. Dietzen, declare as follows:

1.      I am the Vice President of Business Development at SaurikIT, LLC, and I am a consultant to Plaintiff Orchid Labs, Inc.

2.      I have reviewed the facts stated in the Complaint and verify that they are true and correct based on my personal knowledge, and could and would competently testify to the same if called upon to do so.

3.      The Exhibits attached thereto are true and correct copies of what they purport to be, including the printout of orchid.com, sale-orchid.com and the ETH coin transfer printout and downloaded spreadsheet associated with sale-orchid.com from etherscan.io.

4.      I verify under penalty of perjury under the laws of the United States of America that the factual statements in the Complaint concerning Orchid Labs, Inc. are true and correct, as are the factual statements concerning Plaintiff and its activities.

Executed on February 21, 2018.


Patrick J. Dietzen

75826365v.1