# EXHIBIT F



# *THE ORCHID PROTOCOL.*

## OUR MISSION

The Internet was invented for everyone. An open platform to access information, collaborate, and communicate freely across borders. Unfortunately, it's no longer a place of true openness and freedom. But, we can change that. We've created an open-source protocol with a token-based bandwidth exchange to protect everyone around the world from censorship and surveillance.

## WHY

Internet access for over 75% of the global population is restricted or censored. ISPs worldwide harvest and sell users' data to the highest bidder. Orchid is a new surveillance-free layer on top of the existing Internet, allowing users to bypass firewalls, access information, and communicate freely. Join us and help create a truly independent, censorship-free Internet.

# SURVEILLANCE FREE.

### ALL THE RIGHT PARTS

Orchid combines its protocol with surplus bandwidth, state-of-the art-encryption, and a decentralized infrastructure to bring users surveillance-free access to the existing Internet. Because everyone is surveilled and bandwidth is ubiquitous, Orchid users can exchange bandwidth in peer-to-peer transactions using Orchid tokens on the Ethereum blockchain.



**WHITE PAPER**



**PRESS KIT**

# SUPPORTED BY





# FAQS

### ABOUT ORCHID
- ▶ What is Orchid?
- ▶ What is the purpose of Orchid?
- ▶ How does it work?
- ▶ When will it go live?
- ▶ Who are the investors?

### ON TECHNOLOGY
- ▶ How do you know it works?
- ▶ Can't NSA just hack into this too?
- ▶ Who has validated it?
- ▶ How will you get users?
- ▶ What is the future for this project?
- ▶ How does the token work?
- ▶ How does Orchid distinguish itself from VPNs?

### ON CHINA/FREE SPEECH
- ▶ How does the Orchid Protocol break through the Great Firewall of China?
- ▶ How will you stop the Chinese government from banning this?
- ▶ How do you attract users in China and other places where internet access is already limited?
- ▶ Do you see a large demand for the Orchid protocol outside of China?