1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9   Orchid Labs Incorporated,

10              Plaintiff,

11   v.

12   Anonymous Ultimate Licensee of Sale-
     Orchid.com, et al.,
13

14              Defendants.

No. CV-18-00582-PHX-DJH

**ORDER**

15          Having considered Plaintiff Orchid Labs, Inc.'s ("Plaintiff") *ex parte* Motion for

16   Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction

17   (Doc. 4),

18          **THE COURT FINDS** sufficient grounds exist for issuing an *ex parte* temporary

19   restraining order.  Plaintiff has demonstrated a likelihood of success on the merits of its

20   claim for relief under the Anti-Cybersquatting Consumer Protection Act ("ACPA").  15

21   U.S.C. § 1125(d).  Furthermore, Plaintiff will suffer irreparable injury without a

22   temporary restraining order and the balance of equities and the public interest weigh in

23   favor of granting temporary relief.  *See Winter v. Natural Res. Def. Council*, 555 U.S. 7,

24   20, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008).

25          **IT IS THEREFORE ORDERED** that Plaintiff's Ex Parte Motion for Temporary

26   Restraining Order and Order to Show Cause for a Preliminary Injunction is (Doc. 4) is

27   **GRANTED**.

28          **IT IS FURTHER ORDERED** that upon receipt of this Order,

1. Pursuant to 15 U.S.C. § 1125(d)(1)(C), the domain name http://sale-orchid.com/ shall be immediately locked by the registrar and/or its successor registrars and transferred to Plaintiff or its authorized representative;

2. Defendant Anonymous Ultimate Licensee of Sale-Orchid.com is enjoined from further transfer of all funds (cryptocurrency or otherwise) received from or in connection with sale-orchid.com; and

3. Defendants shall identify within three (3) days the full contact information of the Ultimate Licensee of Sale-Orchid.com.

**IT IS FURTHER ORDERED** that because of the strong likelihood of success on the claims, the Court exercises its discretion not to require a bond at this time.

**IT IS FURTHER ORDERED** that Defendants shall have until February 28, 2018 to file a response to Plaintiff's Motion for an Order to Show Cause for a Preliminary Injunction and Plaintiff shall have until March 5, 2018 to file a reply.

**IT IS FURTHER ORDERED** setting a Telephonic Status Conference for Tuesday, March 6, 2018 at 4:00 p.m. Plaintiff shall initiate a teleconference with counsel for Defendants on a single clear telephone line before calling the Court at 602-322-7600 five (5) minutes prior to the start of the hearing.

**IT IS FURTHER ORDERED** setting this matter for an in-court hearing on Plaintiff's Motion for Preliminary Injunction on Thursday, March 8, 2018 at 10:00 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.

**IT IS FINALLY ORDERED** that Plaintiff provide Defendants a copy of this order and file notice of service.

**Dated** this 22nd day of February, 2018.

Honorable Diane J. Humetewa
United States District Judge